NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000817
10-APR-2019
09:39 AM

NO. CAAP-18-0000817

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GREGORY WHITE and MICHELE WHITE, Planitffs-Appellees, v.
THE VILLAS AT KENOLIO ASSOCIATION OF APARTMENT OWNERS,
Defendant-Appellant, and MAUI CONDO SERVICES, LLC,
JASON STRAHN, JOHN A. COLBY, LYNN GREGG, DAVID RANDALL,
TOM PROBST, PAUL RITCHEY, NANCY ABERCROMBIE, RYAN NIXON,
DONALD BLACKWELDER, and DOES 1-30, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 15-0008(2))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the stipulation to dismiss the appeal filed on February 4, 2019, it appears that the appeal has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP).  Therefore, pursuant to HRAP Rule 42(a), which is applicable where no record on appeal has been docketed,

IT IS HEREBY ORDERED that the appeal is dismissed with prejudice, with the parties to bear their own appellate fees and costs.

DATED:  Honolulu, Hawai'i, April 10, 2019.

Presiding Judge

Associate Judge

Associate Judge